Woodrow E. Nichols, Esq. SBN 142932
Attorney at Law
1060 Fulton Mall, Suite 404
Fresno, California 93721
Phone (559) 497-1300
Facsimile (559) 442-1567 0424

FILED

2006 JAN 12 P 2: 38

Attorney for **Bardomio Garcia Gomez**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 05 CR.F. 0023 OWW ~~REC~~ |
| Plaintiff, ) | |
| ) | SUBSTITUTION OF ATTORNEY |
| vs. ) | |
| BARDOMIO GARCIA GOMEZ ) | |
| Defendant. ) | |

**COMES NOW** defendant, BARDOMIO GARCIA GOMEZ, and hereby requests to allow WOODROW E. NICHOLS, ESQ., 1060 Fulton Mall, Suite 404, Fresno Ca. 93721, telephone(559) 497-1300, fax (559) 442-1567; to substitute-in as his attorney of record, in place Prior Counsel.

I agree to the above association
Dated: 12/22/05

X Bardomio Gomez
BARDOMIO GARCIA GOMEZ

I agree the above association
Dated: 12/22/05

WOODROW NICHOLS, ESQ.

I agree the above association
Dated:

PRIOR COUNSEL

IT IS SO ORDERED:
Dated: 1-12-06

UNITED STATES DISTRICT COURT

1